UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al., <br><br>Plaintiffs, <br><br>v. <br><br>A LEWIS ENTERPRISES, INC., D/B/A A STEP ABOVE ELEVATOR, et al, <br><br>Defendants. | No. 2:19-mc-0138 WBS DB <br><br>ORDER |

Pursuant to Local Rule 302(c)(11), a judgment debtor examination is scheduled before the undersigned on March 20, 2020. (ECF No. 11.) However, given the current public health situation, the undersigned will continue the judgment debtor examination

Accordingly, IT IS HEREBY ORDERED that:

1. The March 20, 2020 judgment debtor examination is continued to **Friday, May 8, 2020, at 9:30 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

////

////

////

1

2. Plaintiff/judgment creditor shall serve a copy of this order on the judgment debtor and file proof of such service within twenty-one days.

DATED: March 18, 2020 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE