UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A LEWIS ENTERPRISES, INC., D/B/A A STEP ABOVE ELEVATOR, et al, <br><br> Defendants. | No. 2:19-mc-0138 WBS DB <br><br><br> ORDER |

On August 16, 2022, the undersigned issued an Order for Appearance and Examination ordering defendant/judgment debtor Anthony Lewis to appear before the undersigned for a judgment debtor examination on September 23, 2022. (ECF No. 50.) Plaintiff filed proof of service of the August 16, 2022 order on the judgment debtor. (ECF No. 54.)

On September 23, 2022, the matter came before the undersigned pursuant to Local Rule 302(c)(11) for the judgment debtor examination. (ECF No. 56.) Attorney Benjamin O'Donnell appeared on behalf of the plaintiff/judgment creditor. No appearance was made by, or on behalf of, judgment debtor Anthony Lewis. Plaintiff requested twenty-one days to file a motion for sanctions or supplemental briefing.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted twenty-one days from the date of this order to file a motion for sanctions or supplemental briefing[1];

2. Within twenty-one days of the date of this order plaintiff shall serve a copy of this order on judgment debtor Anthony Lewis; and

3. Plaintiff shall file proof of service on the judgment debtor within seven days thereafter.

Dated:  September 23, 2022

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\trustees0138.briefing.ord

---

[1] Plaintiff shall notice any motion for sanctions in compliance with Local Rule 230.  The briefing schedule for any such motion shall also be governed by Local Rule 230.