1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRUSTEES OF THE NATIONAL                No.  2:19-mc-0138 WBS DB
     ELEVATOR INDUSTRY PENSION
12   FUND, et al.,

13                  Plaintiffs,              ORDER

14        v.

15   A LEWIS ENTERPRISES, INC., D/B/A A
     STEP ABOVE ELEVATOR, et al,
16

17                  Defendants.

18

19          On August 17, 2022, the undersigned issued an Order for Appearance and Examination

20   ordering defendant/judgment debtor Anthony Lewis to appear for a judgment debtor examination.

21   (ECF No. 50.)  The judgment debtor was personally served with a copy of the order on August

22   31, 2022.  (ECF No. 52.)  On September 23, 2022, the matter came before the undersigned

23   pursuant to Local Rule 302(c)(11) for the judgment debtor examination.  Attorney Benjamin

24   O'Donnell appeared on behalf of the plaintiff/judgment creditor.  No appearance was made by, or

25   on behalf of, judgment debtor Anthony Lewis.  (ECF No. 56.)

26          On October 13, 2022, plaintiff filed a motion seeking $3,263.06 in attorney's fees and

27   costs as a sanction for the judgment debtor's failure to appear.  (ECF No. 61.)  Although the

28   judgment debtor was served with notice of the motion, the judgment debtor failed to file a timely

1   opposition or statement of non-opposition in violation of the Local Rule 230.  (ECF No. 65.)

2          The failure of a party to comply with the Local Rules or any order of the court "may be

3   grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

4   within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or

5   herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and

6   all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be

7   grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

8          Pursuant to California Code of Civil Procedure § 708.170 a judgment creditor may "be

9   awarded reasonable attorney's fees incurred in the examination proceeding" where a judgment

10   debtor's "failure to appear is without good cause[.]"  Cal. Civ. P. § 708.170(a)(2).  Moreover,

11   pursuant to Local Rule 230(c), "[n]o party will be entitled to be heard in opposition to a motion at

12   oral arguments if opposition to the motion has not been timely filed by that party" and the "failure

13   to file a timely opposition may also be construed by the Court as a non-opposition to the motion."

14          Here, the judgment debtor has repeatedly failed to comply with this court's orders and

15   Local Rules.[1]  (ECF No. 25.)  As such, plaintiff's motion will be granted.

16          Accordingly, IT IS HEREBY ORDERED that:

17       1.  The Judgment Creditor's October 13, 2022 unopposed motion for sanctions (ECF No.

18   61) is granted; and

19       2.  Within ninety days of the date of this order, judgment debtor Anthony Lewis shall pay

20   judgment creditor $3,263.06 in reasonable attorney's fees and costs.

21   Dated:  May 25, 2023

22

23

24   DLB:6
     DB\orders\orders.civil\trustees0138.sanct.ord

                       DEBORAH BARNES
                 UNITED STATES MAGISTRATE JUDGE

25

26

27   [1] Plaintiff is cautioned that, given the judgment debtor's repeated failure to appear, the
     undersigned will look skeptically on any further motion for sanctions resulting from a failure to
28   appear.

2